AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 01/2013)

**SEALED ORIGINAL BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 0 2 2016
at 3 o'clock and 36 min. PM
SUE BEITIA, CLERK

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )  Case No. 16-0099 KSC
 )
Information Associated with Mobile Phone  )
Number 808-594-8636 that is Stored at  )
Premises Controlled by Verizon Wireless  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___Hawaii___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2703(a), (b)(1)(A), (c)(1)(A) | See attached Affidavit |

The application is based on these facts:
See attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Timothy Judah Pent Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2 February 2016

_____
*Judge's signature*

City and state: Honolulu, Hawaii

Hon. Richard L. Puglisi, U.S. Magistrate Judge
*Printed name and title*

AUSA: Thomas Muehleck