# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following account, controlled by the following entities, located at the following premises:

| ACCOUNT | ENTITY | PREMISES |
|---|---|---|
| 808-594-8636 | Verizon Wireless | 180 Washington Valley Road, Bedminster, NJ 07921 |

## ATTACHMENT B

### Particular Things to be Seized

**I.   Information to be disclosed by Verizon Wireless (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any/all content or information that has been deleted but is still available to the Provider, **including information preserved by the Provider via a Preservation Letter sent to the Provider on January 29, 2016.** The Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A, with a date range of January 15, 2016 until present:

a.   All voice mail, text, and multimedia messages (including photos and videos) stored and presently contained in, or on behalf of the account or identifier;

b.   All existing printouts from original storage of all of the text messages described above;

c.   All transactional information of all activity of the telephones and/or voicemail accounts described above, including log files, messaging logs, local and long distance telephone connection records, records of session times and durations, dates and times of connecting, methods of connecting, telephone numbers associated with outgoing and incoming calls, cell towers used, and/or locations used from January 15, 2016 to present;

d.   All text messaging logs, including date and time of messages, and identification numbers associated with the handsets sending and receiving the message;

e.   All business records and subscriber information, in any form kept, pertaining to the individual accounts and/or identifiers described above, including subscribers' full names, addresses, shipping addresses, date account was opened, length of service, the types of service utilized, ESN (Electronic Serial Number) or other unique identifier for the wireless device associated with the account, Social Security number, date of birth, telephone numbers, and other identifiers associated with the account;

f.   Detailed billing records, showing all billable calls including outgoing digits, from January 15, 2016 to present;

g.   All payment information, including dates and times of payments and means and source of payment (including any credit or bank account number), from January 15, 2016 to present;

h.   Incoming and outgoing telephone numbers, from January 15, 2016, to present;

      i.     All records indicating the services available to subscribers of individual accounts and/or identifiers described above;

      j.     All records pertaining to communications between Verizon Wireless and any person regarding the account or identifier, including contacts with support services and records of actions taken.

II.     **Information to be seized by the government**

All information described above in Section I that constitutes evidence, fruits and/or instrumentalities of violations of 18 U.S.C. §§ 1961 and 18 U.S.C. §§ 1962(d) involving MICHAEL MISKE since March 19, 2005.